UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>VIVA CAPITAL LLC,<br><br>Defendant. | Case No. 2:19-cv-00073-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Application to Proceed in *Forma Pauperis* (ECF No. 17), filed March 13, 2019. Defendant filed its Response (ECF No. 24) on March 22, 2019. Given the information provided by both parties, the Court questions whether Plaintiff qualifies to proceed without paying fees and costs. Accordingly, the Court will set this matter for hearing.

**IT IS HEREBY ORDERED** that the parties shall appear for a hearing on Plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 17) on April 10, 2019 at 1:30 PM in Courtroom 3A.

Dated this 25th day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE